IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BIRLA PRECISION TECHNOLOGIES, INC., Plaintiff, ) | |
| ) | Case No. 1:17-cv-3125 |
| v. ) | |
| ) | Judge Elaine E. Bucklo |
| ERI AMERICA, INC., Defendant. ) | Magistrate Judge M. David Weisman |

## AFFIDAVIT OF SERVICE

I, Scott A. Schaefers, state:

1. I am the counsel of record for plaintiff Birla Precision Technologies, Inc. ("Birla").

2. On or about July 18, 2017, Birla's 7/13/17 citation to discover assets to Bank of New York Mellon ("BONY Mellon") was served on BONY Mellon.

3. On July 18, 2017, I served a copy of the BONY Mellon citation on defendant ERI America, Inc., c/o James A. Marino, registered agent, 5521 N. Cumberland Ave., Ste. 1109, Chicago, IL 60656, by U.S. Mail, postage fully prepaid, by placing the citation in an envelope addressed as above, and depositing the sealed envelope in a U.S. Mailbox located at 30 N. LaSalle St., Chicago, IL 60602.

Pursuant to 28 U.S.C. § 1746(2) and subject to penalty of perjury, I declare that the foregoing statements are true and correct to the best of my information and belief.

Scott A. Schaefers

Date: July 18, 2017